UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x

RAFAEL GONZALEZ,                                              07-CV-3335 (CLB) (LMS)

        Plaintiff,                                        **NOTICE OF CHANGE OF
                                                               LAW OFFICE ADDRESS**

-against-

NEW YORK STATE TROOPER THOMAS F.
KEAVENEY and UNKNOWN TROOPERS 1-5,

        Defendants.
───────────────────────────────────x


TO THIS HONORABLE COURT AND COUNSEL HEREIN:

PLEASE TAKE NOTICE that the law office of Cobb & Cobb has moved.  Our new address is:

    **COBB & COBB
    724 Broadway
    Newburgh, NY  12550
    Telephone:  (845) 351-5612
    Fax:  (845) 565-1035
    email:  cobblaw@aol.com**


DATED:   Newburgh, New York
         June 12, 2007                            Respectfully,

                                             **COBB & COBB**

                             By:   _/s/ John Cobb_____
                                   JOHN COBB (JC 9884)
                                   Attorneys for Plaintiff
                                   724 Broadway
                                   Newburgh, NY  12550
                                   (845) 351-5612