# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: **07 CV 3335**
Date Index Number Purchased: **04/26/2007**

Plaintiff/Petitioner: **RAFAEL GONZALEZ**

Defendant/Respondent: **NEW YORK STATE TROOPER THOMAS F. KEAVENEY AND UNKNOWN TROOPERS 1-5**

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

**JEFFREY KING**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **06/14/2007** at **10:00 AM**, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE CHARLES L. BRIEANT, PROCEDURAL HINTS AND REQUIREMENTS, CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIS CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARET SMITH** on **THOMAS F. KEAVENEY** at **333 SOUTH BROADWAY C/O NEW YORK STATE POLICE, TROOP T, Tarrytown, NY 10591** in the manner indicated below:

☑ **PUBLIC AGENCY**: By serving **TROOPER EDWARDS, AUTHORIZED PERSON** of the above named agency. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 35-49 | 5'9"-6'0" | Over 200lbs |
| Other features: | | | | | |

Sworn to and subscribed before me this
__15__ day of __June__, 20__07__
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 7/10/2010

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

X _____
JEFFREY KING
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#:  Our Job#: 18283

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

Rafael Gonzalez                            Plaintiff,            Case #: 07-CV 3335

-against-                                                        AFFIDAVIT OF SERVICE

New York State Trooper Thomas F. Keaveney
and Unknown Troopers 1-5                   Defendant.

----------------------------------------------------------------X

State of New York, County of Westchester, ss.:

Erin Hammond, being duly sworn, deposes and says:

That deponent is not a party of this action, is over 18 years of age and resides in the State of New York.

That on the 14th day of June, 2007, served the within

TO:
Thomas F. Keaveney
333 South Broadway
c/o New York State Police
Troop T
Tarrytown, NY 10591

the address designated by said attorney(s) for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

ATTORNEY: Cobb & Cobb
724 Broadway
Newburgh, NY 12550

ERIN HAMMOND

Sworn before me on July 11, 2007

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010