# COBB & COBB
## ATTORNEYS AT LAW

724 BROADWAY, NEWBURGH, NY 12550
TEL: (845) 351-5612   FAX: (845) 565-1035
EMAIL: COBBLAW@AOL.COM

July 23, 2007

<u>Via Facsimile Only:</u> (914) 390-4085

Hon. Charles L. Brieant
United States District Court
300 Quarropas St., Room 275
White Plains, NY 10601

**MEMO ENDORSED**
*Adjourned to 9-14-07 So Ordered July 30, 2007 [signature] USDJ*

Re:   Rafael Gonzalez v. NYS Trooper Keaveney
      07-CV-3335 (CLB)

Your Honor:

I represent plaintiff in this matter, and an initial conference is currently scheduled for July 27, 2007. Unfortunately, I will be out of the office on vacation until July 30, 2007. I have contacted opposing counsel, and have obtained her consent to propose that the initial conference be adjourned until <u>August 24, 2007.</u> If this date is convenient for Your Honor, we would appreciate having the initial conference rescheduled for that date.

Thank you for your attention and consideration of this request.

Sincerely,

John Cobb

JOHN COBB (JC 9884)

JC/ssc
cc:   Sabrina Jiggetts, Esq. (via fax: 212-416-6075)